UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION – IN ADMIRALTY

CIVIL ACTION NO. 4:24-CV-00005-FL

| | |
|---|---|
| LARRY GENE LAUGHERY, SR., DAWN LAUGHERY JENSEN and STEPHEN WAGNER,<br><br>Plaintiffs<br><br>vs.<br><br>GOODLOE MARINE, INC., and SOUTHWIND CONSTRUCTION CORP.,<br><br>Defendants. | **ORDER GRANTING JOINT MOTION FOR COURT APPROVAL OF THE STIPULATED DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST SOUTHWIND CONSTRUCTION CORP. AND SOUTHWIND CONSTRUCTION CORP.'S COUNTERCLAIM AGAINST PLAINTIFF DAWN LAUGHERY JENSEN WHILE RESERVING REINSTATEMENT** |

This cause came before this Court upon Larry Gene Laughery, Sr., Dawn Laughery Jensen ("Jensen"), and Edwin Stephen Wagner (collectively "Plaintiffs"); and Defendants Southwind Construction Corp. ("Southwind") and Goodloe Marine, Inc.'s ("Goodloe") (collectively "Parties") Joint Motion for Court Approval of the Stipulated Dismissal of Plaintiffs' Claims Against Southwind Construction Corp. and Southwind Construction Corp.'s Counterclaim Against Plaintiff Dawn Laughery Jensen While Reserving Reinstatement. Upon its consideration and a showing of good cause, the Court GRANTS the Parties Joint Motion for Court Approval of the Stipulated Dismissal of Plaintiffs' Claims Against Southwind Construction Corp. and Southwind Construction Corp.'s Counterclaim Against Plaintiff Dawn Laughery Jensen While Reserving Reinstatement.

Therefore, the Plaintiffs' claims against Southwind and Southwind's counterclaim against Jensen are hereby DISMISSED and may be reinstated upon by the earlier of (i) the close of discovery in the Lawsuit, (ii) a stipulation of dismissal as to claims against or by Goodloe in this action, or (iii) one year from the date this motion is filed.

**SO ORDERED**, this the 1st day of May, 2024.

LOUISE W. FLANAGAN
United States District Judge